UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:10-CR-58 RM |
| ) | |
| JERMAINE E. DAVIS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 16, 2012 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jermaine Davis's plea of guilty, and FINDS the defendant guilty of Count 1 the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   December 7, 2012

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court